**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE** DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>**RICARDO JAVIER GONZALEZ CRUZ**<br><br>**xxx-xx-6445** | Case No.: **19-07432-ESL**<br><br>Chapter 13<br><br>☒  Check if this is a pre-confirmation amended plan |
| | ☐  Check if this is a post confirmation amended plan<br>Proposed by:<br>☒ Debtor(s)<br>☐ Trustee<br>☐ Unsecured creditor(s) |
| **Puerto Rico Local Form G**<br><br>**Chapter 13 Plan dated**  <u>March 3, 2020</u>  . | If this is an amended plan, list below the sections of the plan that have been changed.<br>**Section: 2.1, 5.1 and 8.6** |

## PART 1: Notices

**To Debtor(s):**  **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.**

*In the following notice to creditors, you must check each box that applies*

**To Creditors:**  **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. The headings contained in this plan are inserted for reference purposes only and shall not affect the meaning or interpretation of this plan.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court.** The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you must file a timely proof of claim in order to be paid under this plan, unless ordered otherwise.

If a claim is withdrawn by a creditor or amended to an amount less than the amount already disbursed under the plan on account of such claim: (1) The trustee is authorized to discontinue any further disbursements to related claim; (2) The sum allocated towards the payment of such creditor's claim shall be disbursed by the trustee to Debtor's remaining creditors. (3) If such creditor has received monies from the trustee (Disbursed Payments), the creditor shall return funds received in excess of the related claim to the trustee for distribution to Debtor's remaining creditors. (4) If Debtor has proposed a plan that repays his or her creditors in full, funds received in excess of the related claim shall be returned to the Debtor.

The following matters may be of particular importance. Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1.1 | **A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor** | ☐ **Included** | ☒ **Not Included** |
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4.** | ☐ **Included** | ☒ **Not Included** |
| 1.3 | **Nonstandard provisions, set out in Part 8.** | ☒ **Included** | ☐ **Not Included** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **RICARDO JAVIER GONZALEZ CRUZ** | Case number | |
|---|---|---|---|

## PART 2: Plan Payments and Length of Plan

2.1    **Debtor(s) will make payments to the trustee as follows:**

| PMT Amount | Period(s) | Period(s) Totals | Comments |
|---|---|---|---|
| $300.00 | Months **1** through **6** | $1,800.00 | |
| $475.00 | Months **7** through **60** | $25,650.00 | |
| Subtotals | **60** Months | $27,450.00 | Total Plan Base:$27,450.00 |

*Insert additional lines if needed*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

2.2    **Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply*
- [ ] Debtor(s) will make payments pursuant to a payroll deduction order.
- [x] Debtor(s) will make payments directly to the trustee.
- [ ] Other (specify method of payment): _____

2.3    **Income tax refunds:**

Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will comply with 11 U.S.C. § 1325(b)(2). If the Debtor(s) need(s) to use all or a portion of such "Tax Refunds," Debtor(s) shall seek court authorization prior to any use thereof.

2.4    **Additional payments:**

*Check one.*
- [x] **None**. *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

## PART3: Treatment of Secured Claims

3.1    **Maintenance of payments and cure of default, if any.**

*Check one.*
- [x] **None**. *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

3.2    **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.**

*Check one.*
- [x] **None**. *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

3.3    **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
- [x] **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

3.4    **Lien Avoidance**.

*Check one.*
- [x] **None**. *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

3.5    **Surrender of collateral.**

*Check one.*
- [x] **None**. *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **RICARDO JAVIER GONZALEZ CRUZ**　　　　　　Case number _____

*Insert additional claims as needed.*

3.6　　**Pre-confirmation adequate protection monthly payments ("APMP") to be paid by the trustee.**

☐ Payments pursuant to 11 USC §1326(a)(1)(C):

| *Name of secured creditor* | *$ Amount of APMP* | *Comments* |
|---|---|---|
| -NONE- | | |

*Insert additional claims as needed.*

Pre-confirmation adequate protection payments made through the plan by the trustee are subject to the corresponding statutory fee.

3.7　　**Other secured claims modifications.**

*Check one.*

☒　　**None.** *If "None" is checked, the rest of § 3.7 need not be completed or reproduced.*

## PART 4: Treatment of Fees and Priority Claims

4.1　　**General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

4.2　　**Trustee's fees**
Trustee's fees are governed by statute and may vary during the term of the plan, nevertheless are estimated for confirmation purposes to be 10 % of all plan payments received by the trustee during the plan term.

4.3　　**Attorney's fees**

Check one.

☒ **Flat Fee:** Attorney for Debtor(s) elect to be compensated as a flat fee for their legal services, up to the plan confirmation, according to LBR 2016-1(f).

**OR**

☐ **Fee Application:** The attorneys' fees amount will be determined by the court, upon the approval of a detailed application for fees and expenses, filed not later than 14 days from the entry of the confirmation order.

| | |
|---|---|
| Attorney's fees paid pre-petition: | $ 1,000.00 |
| Balance of attorney's fees to be paid under this plan are estimated to be: | $ 3,000.00 |
| If this is a post-confirmation amended plan, estimated attorney's fees: | $ _____ |

4.4　　**Priority claims other than attorney's fees and those treated in §§ 4.5, 4.6**

*Check one.*
☒　　**None.** *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

4.5　　**Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*
☒　　**None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

4.6　　**Post confirmation property insurance coverage**
*Check one.*

| Debtor | **RICARDO JAVIER GONZALEZ CRUZ** | Case number | |
|---|---|---|---|

☒     **None**. *If "None" is checked, the rest of § 4.6 need not be completed or reproduced.*

## PART 5: Treatment of Nonpriority Unsecured Claims

**5.1     Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata. If more than one option is checked, the option providing the largest payment will be effective.

*Check all that apply.*

☐     The sum of $        .
☒     **100 +6**   % of the total amount of these claims, an estimated payment of $ **18,905.00** .
☐     The funds remaining after disbursements have been made to all other creditors provided for in this plan.
☒     If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $   **0.00**   .

**5.2     Maintenance of payments and cure of any default on nonpriority unsecured claims.**

*Check one.*

☒     **None**. *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3     Other separately classified nonpriority unsecured claims.**
*Check one.*

☒     **None**. *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

## PART 6: Executory Contracts and Unexpired Leases

**6.1**     The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.

*Check one.*

☒     **None**. *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## PART 7: Vesting of Property of the Estate & Plan Distribution Order

**7.1     Property of the estate will vest in the Debtor(s) upon**
*Check the appliable box:*
☐     Plan confirmation.
☒     Entry of discharge.
☐     Other: _____

**7.2     Plan distribution by the trustee will be in the following order:**
(The numbers below reflect the order of distribution; the same number means prorated distribution among claims with the same number.)

1. Distribution on Adequate Protection Payments (Part 3, Section 3.6)
1. Distribution on Attorney's Fees (Part 4, Section 4.3)
1. Distribution on Secured Claims (Part 3, Section 3.1) – *Current contractual installment payments*
2. Distribution on Post Confirmation Property Insurance Coverage (Part 4, Section 4.6)
2. Distribution on Secured Claims (Part 3, Section 3.7)
2. Distribution on Secured Claims (Part 3, Section 3.1) – Arrearage payments
3. Distribution on Secured Claims (Part 3, Section 3.2)
3. Distribution on Secured Claims (Part 3, Section 3.3)
3. Distribution on Secured Claims (Part 3, Section 3.4)
3. Distribution on Unsecured Claims (Part 6, Section 6.1)
4. Distribution on Priority Claims (Part 4, Section 4.4)
5. Distribution on Priority Claims (Part 4, Section 4.5)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **RICARDO JAVIER GONZALEZ CRUZ**       Case number _____

      6. Distribution on Unsecured Claims (Part 5, Section 5.2)
      6. Distribution on Unsecured Claims (Part 5, Section 5.3)
      7. Distribution on General Unsecured claims (Part 5, Section 5.1)

      Trustee's fees are disbursed before each of the distributions above described pursuant to 28 U.S.C. § 586(e)(2).

## PART 8: Nonstandard Plan Provisions

**8.1**      **Check "None" or list the nonstandard plan provisions**
      ☐    **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

**Each paragraph below must be numbered and labeled in boldface type, and with a heading stating the general subject matter of the paragraph.**

The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.

**8.2 DEBTOR'S ATTORNEYS FEES- MODIFYING SECTIONS 4.3, 7.2 OF THE PLAN**
**Debtor's attorneys fees shall be paid in full before any other creditor.**

**Any post confirmation work performed by Debtor's Attorney will be billed on an hourly basis through the application for compensation process, and will be paid by the Trustee through this Chapter 13 Plan, after Court approval.**

**8.3 INCOME TAX REFUNDS- THIS SECTION SUPPLEMENTS PART 2, SECTION 2.3 OF THE PLAN:**
**Tax refunds, if any, will be devoted each year, as periodic payments, to fund the plan until the plan's completion. The tender of such payments shall deem the plan modified by such amount, increasing the base without the need of further notice, hearing or court order. If the debtor (s) need to use all or portion of such tax refund, debtor (s) shall seek court's authorization.**

**8.4 SECURED CREDITORS- SUPPLEMENT TO PART 3 OF PLAN:**
**The lien holder of any allowed secured claim, provided for by the plan, in its Part 3, will retain its lien according to the terms and conditions required by 11 USC 1325(a)(5)(B)(i)(I) & (II).**

**8.5 THIS PROVISION SUPPLEMENTS PART 3 TO PROVIDE FOR THE LIFTING OF THE 362 (a) STAY:**
**Upon the confirmation of this plan the automatic stay pursuant to Section 362(a) will be lifted in favor of BANCO SANTANDER as to collateral located COND COSTA DORADA STREET 2A-102 Rio Grande, PR 00745. The Chapter 13 Trustee shall make no distribution to this creditor on account of this claim. The purpose of debtor's consent to relief from the automatic stay pursuant to 11 U.S.C. § 362(d) is to permit creditor to enforce its state-law interests against its collateral. Any deficiency claim filed by such creditor following the disposition of such collateral will be treated as unsecured. The debtor's consent does not affect the interests of the trustee or any co-obligor.**

**8.6 THIS PROVISION SUPPLEMENTS PART 3 TO PROVIDE FOR THE LIFTING OF THE 362 (a) STAY:**
**Upon the confirmation of this plan the automatic stay pursuant to Section 362(a) will be lifted in favor of CRIM as to collateral related to POC No. 2. The Chapter 13 Trustee shall make no distribution to this creditor on account of this claim.**
**The purpose of debtor's consent to relief from the automatic stay pursuant to 11 U.S.C. § 362(d) is to permit creditor to enforce its state-law interests against its collateral. Any deficiency claim filed by such creditor following the disposition of such collateral will be treated as unsecured. The debtor's consent does not affect the interests of the trustee or any co-obligor.**

*Insert additional lines as needed.*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **RICARDO JAVIER GONZALEZ CRUZ**                    Case number _____

---

**PART 9: Signature(s)**

| | | |
|---|---|---|
| **/s/ Enrique Almeida / Zelma Davila;** | Date | **March 3, 2020** |
| **Enrique Almeida / Zelma Davila;** | | |
| **217701/218913** | | |
| **Signature of Attorney of Debtor(s)** | | |
| | | |
| **/s/ RICARDO JAVIER GONZALEZ CRUZ** | Date | **March 3, 2020** |
| **RICARDO JAVIER GONZALEZ CRUZ** | | |

**By filing this document, the attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this chapter 13 plan are identical to those contained in Local Form G (LBF-G), other than any nonstandard provisions included in Part 8.**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy